**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| GERALD BENNIE MONTGOMERY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CV-68 (LAG) |
| | : | |
| WORTH COUNTY, GEORGIA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Plaintiff filed a Complaint in the above-captioned matter on April 24, 2025. (Doc. 1). On October 15, 2025, the Court ordered Plaintiff to "show cause why this action should not be dismissed for failure to comply with [Federal Rule of Civil Procedure] 4" because no summons had been issued and Plaintiff had not served the Defendant. (Doc. 3). Plaintiff was advised that a failure to respond to the Order could result in dismissal without prejudice. (*Id.*). Plaintiff failed to comply with the Court's Order. Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**. *See Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curium) ("The court may dismiss an action *sua sponte* under Rule 41b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 14th day of April, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**